IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-727-AP**

**In re: KOENEW, LLC,**

      Debtor.

**KOENEW, LLC,**

      Appellant,

v.

**FIRST AMERICAN STATE BANK,**

      Appellee.

---

## ORDER

---

Kane, J.

This matter is before the court on the Emergency Motion for Stay Pending Appeal and

Request for Immediate Hearing (doc. #5), filed April 3, 2009.  The motion is DENIED.

Dated:  April 3, 2009

                                    BY THE COURT:

                                    ***S/John L. Kane***
                                    John L. Kane, Senior Judge
                                    United States District Court