IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-727-AP**

**In re: KOENEW, LLC,**

       Debtor.

**KOENEW, LLC,**

       Appellant,

v.

**FIRST AMERICAN STATE BANK,**

       Appellee.

___

## ORDER OF DISMISSAL

Kane, J.

This matter is before the court on the Stipulated Motion to Dismiss Appeal Pursuant to Fed.R.BANKR.P. 8001 (c)(2) (doc. #12), filed June 8, 2009.  The motion is GRANTED. This appeal is DISMISSED.

Dated:  June 9, 2009

                                                      BY THE COURT:

                                                      *S/John L. Kane*
                                                      John L. Kane, Senior Judge
                                                      United States District Court